IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAULA CROWDER                                                                                         PLAINTIFF

V.                                    NO. 4:14CV496-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                 DEFENDANT

## JUDGMENT

Plaintiff Paula Crowder's appeal is denied based on her failure to prosecute and her non-compliance with Court orders. Judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 19th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE